JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI S. HASHEMI, | ) No. 8:22-cv-00974-MRW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **[PROPOSED]** **JUDGMENT OF** |
| KILOLO KIJAKAZI, | ) **REMAND** |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATE:  01/04/2023

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1